UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ELAINE DORLAND,

    Plaintiff,

vs.                                  Case No.

UNITED STATES OF AMERICA,

    Defendant.

## COMPLAINT

COMES NOW the Plaintiff, ELAINE DORLAND, by and through the undersigned counsel, and sues the Defendant, UNITED STATES OF AMERICA, for the actions of the United States Postal Service, and alleges:

## INTRODUCTION

1.

This is a personal injury action for money damages against the United States Postal Service ("USPS") under the Federal Tort Claims Act, (28 U.S.C. §2671, *et seq*.) and 28 U.S.C. §1346(b)(1), for negligence in connection with a motor vehicle collision on May 23, 2024, in which Silvia Laventura-Goff, who was acting within the course and scope of her employment with the USPS, drove her vehicle into the pathway of Plaintiff's vehicle, causing a collision with Plaintiff's vehicle which is

the subject of the action. As a result of the collision, Plaintiff suffered significant and permanent injuries.

2.

All conditions precedent and prerequisites to filing suit have been met pursuant to 28 U.S.C. §2675 of the Federal Tort Claims Act.

3.

This suit has been timely filed, in that Plaintiff timely served notice of her claim on the USPS, less than two years after the incident forming the basis of this suit.

4.

Plaintiff first filed her administrative claim for injuries to the United States Postal Service, USPS Tort Claims on August 22, 2024. Standard Form 95, seeking payment of $278,259.40, is hereby attached as **Exhibit A**.

5.

The United States Postal Service acknowledged receipt of this form through its letters dated September 5, 2024, and October 23, 2024, via U.S. Mail. Correspondence from Joseph Christa, Tort Claims Collection Spc. and from the Tort Claims Examiner/Adjudicator Cindy Cozad, National Tort Center are attached as **Exhibit B.**

6.

Plaintiff further re-submitted her Standard Form 95 and notice of representation for the same administrative claim on April 7, 2025. The resubmission is hereby attached as **Exhibit C**.

7.

The USPS responded to Plaintiff's resubmission claim via email dated May 6, 2025, indicating that "due to a large backlog, it is taking [the USPS] longer to review our claims by the 6 month deadline." USPS letter informing of delay in reviewing claims attached as **Exhibit D**.

8.

The United States Postal Service failed to satisfactorily resolve Plaintiff's claim at the end of the statutory six (6) month period. The United States Postal Service's failure to resolve Plaintiff's claim within the required time-period constitutes denial by the Defendant.

9.

Plaintiff has exhausted all administrative remedies and prerequisites of the Federal Tort Claims Act, pursuant to 28 U.S.C. §2675, and seeks action against Defendant for the damages set forth in this Complaint.

**PARTIES, JURISDICTION AND VENUE**

10.

Plaintiff, ELAINE DORLAND, is, and at all times relevant hereto was, a resident and citizen of Marietta, Cobb County, Georgia.

11.

At all times relevant to this Complaint, Defendant owned, operated, and maintained a motor vehicle, which it entrusted to its employee, Silvia Laventura-Goff .

12.

At all times relevant to this Complaint, Silvia Laventura-Goff was employed by and acting on behalf of, and within the course and scope of, her employment with Defendant.  Furthermore, Defendant is responsible for the negligent acts of its employee under the doctrine of *respondent superior*.

13.

Jurisdiction is proper under 28 U.S.C. §1346(b)(1) in that it involves a claim for personal injury caused by the negligent or wrongful act or omission of an employee of the USPS, an agent of the Defendant, UNITED STATES OF AMERICA.

14.

Venue is proper under 28 U.S.C. §1391(e) and §1402(b) in that all

of the acts and omissions forming the basis of these claims occurred in the Northern District of Georgia.

## CLAIM FOR NEGLIGENCE

15.

On May 23, 2024, and at all times material to this action, Silvia Laventura-Goff was a USPS employee and an agent, servant, and/or employee of the Defendant, UNITED STATES OF AMERICA, through its agency, the United States Postal Service.

16.

On May 23, 2024, Silvia Laventura-Goff was operating a 2020 Mercedes Benz Metris owned by the USPS, and pulled out of a private drive traveling west across Sandy Plains Road in Cobb County, Georgia, and into the path of Plaintiff, who was traveling north on Sandy Plains Road, causing a collision. .

17.

On May 23, 2024, and at all times material to this action, Defendant, UNITED STATES OF AMERICA, through its agent, servant, and/or employee, Silvia Laventura-Goff, owed a duty to Plaintiff to operate the motor vehicle in a safe manner and/or in accordance with law.

18.

On May 23, 2024, and at all times material to this action, Defendant, UNITED STATES OF AMERICA, through its agent, servant, and/or employee, Silvia Laventura-Goff, breached this duty by negligently operating the USPS motor vehicle in such a manner that it collided with the motor vehicle being operated by Plaintiff.

19.

As a direct and proximate result of the negligence of Defendant and the resulting collision, Plaintiff suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, lost wages in the past and a loss of ability to earn wages in the future, expense of hospitalization, medical and nursing care and treatment. The losses are either permanent or continuing and Plaintiff will suffer these losses in the future.

20.

As a direct and proximate result of the negligence of Defendant and the resulting collision, Plaintiff suffered property damage in the amount of $28,259.40.

21.

For the damages incurred by Plaintiff, as set out above, Plaintiff seeks a judgment for damages in the amount of $278,259.40, plus costs.

WHEREFORE, Plaintiff demands judgment for damages against Defendant, together with the costs and disbursements of this action and such other relief as the Court deems just and proper.

**RESPECTFULLY** submitted this 26th day of January, 2026.

                SMITH, WALLIS & SCOTT, LLC

                /s/ Christopher B. Scott
                Christopher B. Scott
                Georgia Bar Number 631949
                chris@swslawfirm.com

                Isabel C. Aidun
                Georgia Bar Number 307749
                isabel@swslawfirm.net

                Attorneys for Plaintiff

327 Bankhead Highway
Carrollton, Georgia  30117
(770) 214-2500
(770) 214-2501 fax

## CERTIFICATE OF FONT SIZE

Counsel for Plaintiff certifies that the font and point size used in this Brief – Times New Roman; 14 point – are in compliance with Local Rule 5.1C.

                                         */s/Christopher B. Scott*
                                         Christopher B. Scott
                                         Attorney for Plaintiff